# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 2:11-cr-112-GZS |
| ) | |
| MARK DANIEL and KENNY DERAS, ) | |
| ) | |
| Defendants ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 54) filed January 17, 2012, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** as follows:

1. The Motion to Suppress (Docket No. 25) filed by Defendant Mark Daniel is hereby **DENIED**;

2. The Motion to Suppress (Docket No. 36) filed by Defendant Kenny Deras is hereby **DENIED**.

          /s/ George Z. Singal
          United States District Judge

Dated this 7th day of February, 2012.